No. 150. WEGMANN *v.* MANNINO ET AL. C. A. 5th Cir. Certiorari denied. *Howard P. Rives* for petitioner. *Wm. C. McLean* for respondents.

No. 158. STECKENRIDER *v.* MICHIGAN. Recorder's Court for the City of Detroit, Michigan. Certiorari denied. *William G. Comb* for petitioner. *Paul L. Adams,* Attorney General of Michigan, *Samuel J. Torina,* Solicitor General, and *Samuel Brezner* for respondent.

No. 159. WOODALL ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *John B. Tittmann* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *Melva M. Graney* for the United States.

No. 162. FORD ET AL. *v.* UNITED GAS CORP. C. A. 5th Cir. Certiorari denied. *Aaron L. Ford* for petitioners.

No. 164. SADACCA *v.* NYLONET CORPORATION. C. A. 5th Cir. Certiorari denied. *Claude Pepper* and *Walter A. Apfelbaum* for petitioner. *David W. Dyer* and *Douglas D. Batchelor* for respondent.

No. 165. PARR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *G. H. Kelsoe, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 170. SWORD ET AL. *v.* GULF OIL CORP. C. A. 5th Cir. Certiorari denied. *W. D. Girand* and *Warren E. Miller* for petitioners. *William L. Kerr* for respondent.